**REESE LLP**
George V. Granade (State Bar No. 316050)
ggranade@reesellp.com
8484 Wilshire Boulevard, Suite 515
Los Angeles, California 90211
Telephone: (310) 393-0070
Facsimile: (212) 253-4272

**REESE LLP**
Michael R. Reese (State Bar No. 206773)
mreese@reesellp.com
100 West 93rd Street, 16th Floor
New York, New York 10025
Telephone: (212) 643-0500
Facsimile: (212) 253-4272

**CROSNER LEGAL, P.C.**
Craig W. Straub (State Bar No. 249032)
craig@crosnerlegal.com
Zachary M. Crosner (State Bar No. 272295)
zach@crosnerlegal.com
9440 Santa Monica Boulevard, Suite 301
Beverly Hills, California 90210
Telephone: (866) 276-7637
Facsimile: (310) 510-6429

*Counsel for Plaintiff Valerie Perkins
and the Proposed Class*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### SAN DIEGO DIVISION

| | |
|---|---|
| VALERIE PERKINS, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>THE PROCTER & GAMBLE COMPANY,<br><br>Defendants. | Case No. 3:25-cv-01305-TWR-VET<br><br>**JOINT SUPPLEMENTAL BRIEFING REGARDING THE COURT'S INQUIRY REGARDING THE DATES OF PLAINTIFF VALERIE PERKINS' PURCHASES OF THE PRODUCTS AT ISSUE** |

Plaintiff Valerie Perkins ("Plaintiff") and Defendant The Procter & Gamble Company ("Defendant") respectfully submit this joint supplemental briefing regarding the Court's inquiry at the hearing held on February 5, 2026, regarding the dates of Plaintiff's purchases of the ZzzQuil Pure Zzzs melatonin products at issue (the "Products"). *See* First Am. Compl. ¶ 1, ECF No. 15.

**Plaintiff's Statement:** Plaintiff respectfully submits as **Exhibit 1** hereto the Declaration of Valerie Perkins, which shows Ms. Perkins purchased the Products "throughout 2022," including a purchase "near the end of the year 2022." Decl. Perkins ¶ 3.

Ms. Perkins filed this case on April 1, 2025, which is less than three years after the time period near the end of the year 2022. The three-year statute of limitations of California's Consumers Legal Remedies Act, CAL. CIV. CODE § 1770 *et seq.*, is therefore satisfied. *See* CAL. CIV. CODE § 1783.

**Defendant's Statement:** Defendant lacks sufficient information to take a position as to the "date of violation." Defendant objects to the accompanying Declaration of Valerie Perkins as making improper legal conclusions and because it is outside the scope of the pleadings and, therefore, inappropriate for consideration on this motion.

Respectfully submitted,

Date: February 19, 2026

**REESE LLP**

By: */s/ George V. Granade*
George V. Granade (State Bar No. 316050)
ggranade@reesellp.com
8484 Wilshire Boulevard, Suite 515
Los Angeles, California 90211
Telephone: (310) 393-0070
Facsimile: (212) 253-4272

**REESE LLP**
Michael R. Reese (State Bar No. 206773)
mreese@reesellp.com
100 West 93rd Street, 16th Floor
New York, New York 10025
Telephone: (212) 643-0500
Facsimile: (212) 253-4272

|   |   |
|---|---|
|   | **CROSNER LEGAL, P.C.**<br>Craig W. Straub (State Bar No. 249032)<br>*craig@crosnerlegal.com*<br>Zachary M. Crosner (State Bar No. 272295)<br>*zach@crosnerlegal.com*<br>9440 Santa Monica Boulevard, Suite 301<br>Beverly Hills, California 90210<br>Telephone: (866) 276-7637<br>Facsimile: (310) 510-6429<br><br>*Counsel for Plaintiff Valerie Perkins and the Proposed Class* |
| Date: February 19, 2026 | **KING & SPALDING LLP**<br><br>By: */s/ Keri E. Borders*<br>Keri E. Borders (State Bar No. 194015)<br>*kborders@kslaw.com*<br>Dale J. Giali (State Bar No. 150382)<br>*dgiali@kslaw.com*<br>Rebecca Johns (State Bar No. 293989)<br>*rjohns@kslaw.com*<br>633 West Fifth Street<br>Suite 1600<br>Los Angeles, California 90071<br>Telephone: (213) 443-4355<br>Facsimile: (213) 443-4310<br><br>*Counsel for Defendant The Procter & Gamble Company* |

## ATTESTATION REGARDING SIGNATURES

I, George V. Granade, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

|   |   |
|---|---|
| Date: February 19, 2026 | **REESE LLP**<br><br>By: */s/ George V. Granade*<br>George V. Granade |

Case No. 25cv1305

JOINT SUPPLEMENTAL BRIEFING RE: COURT'S INQUIRY          2

# EXHIBIT 1

|   |   |
|---|---|
| 1 | **REESE LLP** |
| 2 | George V. Granade (State Bar No. 316050)<br>*ggranade@reesellp.com* |
| 3 | 8484 Wilshire Boulevard, Suite 515<br>Los Angeles, California 90211 |
| 4 | Telephone: (310) 393-0070<br>Facsimile: (212) 253-4272 |

**REESE LLP**
Michael R. Reese (State Bar No. 206773)
*mreese@reesellp.com*
100 West 93rd Street, 16th Floor
New York, New York 10025
Telephone: (212) 643-0500
Facsimile: (212) 253-4272

**CROSNER LEGAL, P.C.**
Craig W. Straub (State Bar No. 249032)
*craig@crosnerlegal.com*
Zachary M. Crosner (State Bar No. 272295)
*zach@crosnerlegal.com*
9440 Santa Monica Boulevard, Suite 301
Beverly Hills, California 90210
Telephone: (866) 276-7637
Facsimile: (310) 510-6429

*Counsel for Plaintiff Valerie Perkins
and the Proposed Class*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### SAN DIEGO DIVISION

| | |
|---|---|
| VALERIE PERKINS, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>THE PROCTER & GAMBLE COMPANY,<br><br>Defendants. | Case No. 3:25-cv-01305-TWR-VET<br><br>**DECLARATION OF VALERIE PERKINS** |

DECLARATION OF VALERIE PERKINS

Case No. 25cv1305

Doc ID: 3ed492ab2aea10a6713e831ba3e231fcb79ed14d

# DECLARATION OF VALERIE PERKINS

I, Valerie Perkins, declare the following:

1. I am the named plaintiff in the above-captioned action.

2. The matters set forth herein are of my own personal knowledge, and, if called and sworn as a witness, I could competently testify regarding them.

3. As alleged in the First Amended Class Action Complaint in this case, throughout 2022, I purchased The Procter & Gamble Company's ZzzQuil Pure Zzzs melatonin products in the tablet and gummy forms which had the "helps you fall asleep naturally" label (the "Products") for approximately $15 per bottle at retail stores in El Cajon, California. The last of these purchases was near the end of the year 2022.

4. When purchasing the Products, I read and relied on the "naturally" representation that was prominently displayed in green font on the Product's front label.

5. At the time I made the purchases, I believed the Product worked "naturally," i.e., free of synthetic active ingredients, and that the primary ingredient of the Products, Melatonin, was not a synthetically created substance.

6. I relied on The Procter & Gamble Company's representation that the Product helped me sleep "naturally," and I would not have purchased the Products or would have paid less for the Products if I had known they do not work naturally but, instead, contained a synthetic hormone as the active ingredient.

7. I did not notice any disclaimer, qualifier, or other explanatory statement or information on the Products' labels or packaging that contradicted the prominent "naturally" front-facing labeling representation or otherwise suggested that the Products do not "naturally" help with sleep.

8. The fact that other non-active ingredients are in the Products did not reveal to me that the Melatonin in the Products was synthetically created. At the time of my purchases of the Products, I did not know the Melatonin in the Products was

synthetically manufactured and highly processed.

9. I would continue to purchase the Products if they in fact contained only natural active ingredients that, by definition, could work to "naturally" help me fall asleep. However, I am unable to rely on the Product's advertising or labeling in the future, and so will not purchase the Product (although I would like to).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 19, 2026.

By: _____
Valerie Perkins

Case No. 25cv1305

DECLARATION OF VALERIE PERKINS

2

Doc ID: 3ed492ab2aea10a6713e831ba3e231fcb79ed14d